# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA McCABE,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. SCOTT, *et al.*,<br><br>    Defendants. | 3:10-cv-00630-LRH-RAM<br><br>**ORDER** |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the complaint. Plaintiff must either submit the filing fee for this action or an application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of a **new complaint in a new action**. The Clerk of the Court shall enter judgment accordingly.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send plaintiff two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for the same.

Dated this 16th day of December, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE